PROB. 35　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/Supervised
(Rev. 7/04)　　　　　　　　　　　　　　　　　Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JUN 16 PM 3: 33

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　Docket # 8:05CR285

Brandon Buchholz

On January 11, 2006, Brandon Buchholz, was sentenced to Time Served, to be followed by 36 months supervised release. The period of supervised release commenced January 11, 2006. Brandon Buchholz has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Brandon Buchholz be discharged from supervision.

Respectfully submitted,

*W. S. Gallagher*

Williamette S. Gallagher
Sr. U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___16___ day of June, 2008.

*Joseph F. Bataillon*

The Honorable Joseph F. Bataillon
United States District Judge